**Tommy Lynn HARTLINE, Appellant,**

v.

**Roswitha Sieglinde (Hartline) ROTHE, Respondent.**

**No. WD 37607.**

Missouri Court of Appeals, Western District.

Nov. 12, 1986.

Nicholas L. Swischer, Nevada, for appellant.

Wm. G. McCaffree, Nevada, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from order refusing to modify dissolution decree with respect to award of child support.

Judgment affirmed. Rule 84.16(b).